TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:	(202) 598-7863
Email:	daniel.luecke@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>    Defendant. | Case No. 2:24-cv-569-JAD-EJY<br><br>**STIPULATION TO EXTEND FILING TIME FOR RESPONSE TO COMPLAINT** |

    Defendant Bureau of Land Management hereby respectfully moves to extend its deadline for responding to the Complaint, ECF No. 1, from October 1, 2024, to January 10, 2025. During the intervening time, Defendant intends to draft interim guidance documents for the monuments at issue in this litigation. Defendant intends to issue the interim guidance documents for the monuments by December 13, 2024, subject to limitations related to workload, schedules, and other considerations. Defendant and Plaintiff Center for Biological Diversity also intend to further discuss a possible resolution of this case through settlement.

    The parties have conferred, and Plaintiff stipulates to the requested extension.

Respectfully submitted this 27th day of September, 2024.

        TODD KIM
        Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice

        */s/ Daniel C. Luecke*
        Daniel C. Luecke
        Trial Attorney, Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 598-7863
        Email: daniel.luecke@usdoj.gov

        *Counsel for Defendant*

        */s/ Scott Lake*
        Scott Lake
        Center for Biological Diversity
        P.O. Box 6205
        Reno, NV 89513
        (802) 299-7495
        slake@biologicaldiversity.org

        */s/ Wendy Park*
        Wendy Park
        CA Bar No. 237331
        Center for Biological Diversity
        1212 Broadway, Suite 800
        Oakland, CA 94612
        (510) 844-7138
        wpark@biologicaldiversity.org

        *Counsel for Plaintiff*


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2024