TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:     (202) 598-7863
Email:         daniel.luecke@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 2:24-cv-569-JAD-EJY<br><br>**STIPULATION TO EXTEND FILING TIME FOR RESPONSE TO COMPLAINT** |

Defendant Bureau of Land Management hereby respectfully moves to extend its deadline for responding to the Complaint, ECF No. 1, from January 10, 2025, to February 10, 2025. As discussed in the parties' prior stipulation, ECF No. 14, Defendant issued interim management guidance for the monuments at issue in this litigation in December 2024. Defendant and Plaintiff Center for Biological Diversity are now negotiating a settlement to resolve this case and require additional time to reach an agreement.

The parties have conferred, and Plaintiff stipulates to the requested extension.

Respectfully submitted this 3rd day of January, 2025.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Daniel C. Luecke*
Daniel C. Luecke
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-7863
Email: daniel.luecke@usdoj.gov

*Counsel for Defendant*

*/s/ Scott Lake*
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

*/s/ Wendy Park*
Wendy Park
CA Bar No. 237331
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7138
wpark@biologicaldiversity.org

*Counsel for Plaintiff*


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2025

2