LISA L. RUSSELL
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:	(202) 598-7863
Email:	daniel.luecke@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 2:24-cv-569-JAD-EJY<br><br>**UNOPPOSED MOTION TO EXTEND FILING TIME FOR RESPONSE TO COMPLAINT** |
|---|---|

Defendant Bureau of Land Management hereby respectfully moves to extend its deadline for responding to the Complaint, ECF No. 1, by 60 days from February 10, 2025, to April 11, 2025. In support, Defendant states as follows:

Due to the recent change in administration on January 20, 2025, there is new Department of the Interior leadership. Those new agency officials are currently in the process of onboarding and familiarizing themselves with the issues presented in this case. There is thus good cause to grant the requested extension so that incoming leadership may have sufficient time to familiarize themselves with this case, assess Plaintiff's claims, and determine how to proceed.

The parties have conferred, and Plaintiff does not oppose the requested extension.

Respectfully submitted this 6th day of February, 2025.

        LISA L. RUSSELL
        Deputy Assistant Attorney General
        Environment & Natural Resources Division
        U.S. Department of Justice

        */s/ Daniel C. Luecke*
        Daniel C. Luecke
        Trial Attorney, Natural Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 598-7863
        Email: daniel.luecke@usdoj.gov

        *Counsel for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 6, 2025