ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:     (202) 598-7863
Email:         daniel.luecke@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No. 2:24-cv-569-JAD-EJY<br><br>**UNOPPOSED MOTION TO EXTEND FILING TIME FOR RESPONSE TO COMPLAINT** |

Defendant Bureau of Land Management hereby respectfully moves to extend its deadline for responding to the Complaint, ECF No. 1, by 21 days from May 26, 2025, to June 16, 2025. Defendant and Plaintiff Center for Biological Diversity have reached an agreement in principle to settle this case but require additional time to obtain final approval.

The parties have conferred, and Plaintiff does not oppose the requested extension.

Respectfully submitted this 22nd day of May, 2025.

ADAM R.F. GUSTAFSON
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

/s/ Daniel C. Luecke
Daniel C. Luecke
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-7863
Email: daniel.luecke@usdoj.gov

*Counsel for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 22, 2025