SCOTT LAKE
NV Bar No. 15765
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

WENDY PARK
CA Bar No. 237331
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: 510-844-7138
Email: wpark@biologicaldiversity.org
(*Pro hac vice*)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No: 2:24-cv-569-JAD-EJY<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>ECF No. 27 |

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendant U.S. Bureau of Land Management ("Defendant" or "BLM") (together with Plaintiff "the Parties") have reached an agreement to resolve this case without further judicial proceedings, with the Parties agreeing to undertake and perform the measures set forth in a Stipulated Settlement Agreement ("Agreement"), **Exhibit A**. The terms of the Agreement are hereby incorporated by reference.

Pursuant to the Agreement, the parties jointly request that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(2). Notwithstanding the dismissal of this action, however, the parties jointly request that the Court retain jurisdiction to oversee compliance

with the commitments in Paragraphs 2, 4, and 8 of the Agreement and to resolve any motions to modify such terms. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

Dated July 18, 2025          Respectfully submitted,

/s/ Scott Lake
Scott Lake
NV Bar No. 15765
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

/s/ Wendy Park
WENDY PARK
CA Bar No. 237331
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: 510-844-7138
Email: wpark@biologicaldiversity.org
(*pro hac vice*)

*Attorneys for Plaintiff*

/s/ Daniel Luecke
Daniel Luecke (CA Bar No. 326695)
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-598-7863
Email: daniel.luecke@usdoj.gov

*Attorney for Defendant*

## ORDER

With good cause appearing, IT IS ORDERED that this joint motion to dismiss [ECF No. 27] is GRANTED; this case is dismissed without prejudice in accordance with the parties' settlement agreement, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 27, 2025